# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 00-20347
Summary Calendar

COPELAND COLE,

Plaintiff-Appellant,

versus

CONTINENTAL CASUALTY COMPANY,

Defendant-Appellee.

Appeal from the United States District Court
for the Southern District of Texas
(H-99-CV-2185)

September 27, 2000

Before POLITZ, JOLLY, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Copeland Cole appeals an adverse summary judgment in his ERISA dispute with Continental Casualty Company. Our review of the record, briefs of the parties, and controlling jurisprudence reveals no reversible error herein. And on the facts as found, authorities cited, and analyses made by the district court in its

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

careful and comprehensive Memorandum and Order dated March 9, 2000 and entered March 13, 2000, the judgment appealed is AFFIRMED.